IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ASHLEY SUMMERS,           )
                          )
    Plaintiff,            )
                          )   Case No. 3:13-cv-769
v.                        )   Chief Judge Haynes
                          )
                          )
MIDSOUTH BANK             )
                          )
    Defendant.            )

## ORDER

Before the Court is Plaintiff'S notice of dismissal of all claims pending in this action. (Docket Entry No. 15). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 21st day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court