IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY SUMMERS,        )<br>                        )<br>    Plaintiff,          )<br>                        )<br>v.                      )<br>                        )<br>                        )<br>                        )<br>MIDSOUTH BANK           )<br>                        )<br>    Defendant.          ) | Case No. 3:13-cv-769<br>Chief Judge Haynes |

## ORDER

Before the Court is Plaintiff'S notice of dismissal of all claims pending in this action. (Docket Entry No. 15). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 21st day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court